UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ALEXANDER AZIZ,

                              Plaintiff,

        -v-

CHANEL, INC.,

                            Defendant.

23 Civ. 9338 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

On January 29, 2024, this case was automatically referred to mediation per the district's Standing Administrative Order. Dkt. 15. As such, this Court hereby adjourns the initial pre-trial conference scheduled for January 31, 2024. The Court directs the parties to file a joint letter once they have completed mediation to reschedule a conference if one is still necessary.

SO ORDERED.

*Paul A. Engelmayer*
Paul A. Engelmayer
United States District Judge

Dated: January 30, 2024
       New York, New York