```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/30/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ALEXANDER ("ALEC") AZIZ,

                              Plaintiff,

  -against-

CHANEL, INC.,

                              Defendant.
-----------------------------------------------------------------X

**ORDER SCHEDULING TELEPHONE CONFERENCE**

23-CV-9338 (PAE)

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      This case has been referred to me for settlement purposes (docket no.42). A telephone conference in this matter will be held on **Wednesday, January 22, 2025 at 4:00 p.m.** in advance of a settlement conference. Counsel for the parties will be sent an invitation by Judge Parker's chambers prior to the scheduled conference date. The parties are directed to review Judge Parker's Individual Practices at http://nysd.uscourts.gov/judge/Parker concerning settlement conferences in advance of the call.

      **SO ORDERED.**

Dated: December 30, 2024
       New York, New York

_____
  KATHARINE H. PARKER
  United States Magistrate Judge