UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ALEXANDER AZIZ,

                              Plaintiff,

             -v-

CHANEL, INC.,

                            Defendant.

23 Civ. 9338 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

      In accordance with the Court's December 30, 2024 Order, Dkt. 43, the parties were to forthwith file a revised case management plan. As of the date of this Order, the parties have failed to do so. The Court directs the parties by **January 30, 2025** to submit a revised case management plan consistent with its December 30, 2024 Order. The telephonic case management conference scheduled for February 3, 2025 is adjourned to Thursday, March 27, 2025 at 2:30 p.m.

      SO ORDERED.

                                                *Paul A. Engelmayer*
                                                PAUL A. ENGELMAYER
                                                United States District Judge

Dated: January 28, 2025
       New York, New York